ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The Gilchrist Law Firm, P.A | ) ASBCA No. 64041 |
| | ) |
| Under Contract No. W912P8-20-A-0011 | ) |

APPEARANCE FOR THE APPELLANT:     Jacquin P. Gilchrist, Esq.
                                   The Gilchrist Law Firm, P.A.
                                   Coral Gables, FL

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                   Engineer Chief Trial Attorney
                                   William G. Meiners, Esq.
                                   Engineer Trial Attorney
                                   U.S. Army Engineer District, New Orleans

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 1, 2025

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64041, Appeal of The Gilchrist Law Firm, P.A, rendered in conformance with the Board's Charter.

Dated:  April 1, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals